Billy TEDDER, Plaintiff–Appellant,

v.

Sergeant JOHNSON, Defendant—Appellee,

and

Margrett Bell, Associate Warden of Security; Warden Anthony Padula; Director John Ozmint, South Carolina Department of Corrections, Defendants.

No. 14–6622.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2014.

Decided: Sept. 29, 2014.

Billy Joe Tedder, Appellant Pro Se. Walker Heinitsh Willcox, Willcox Buyck & Williams, PA, Florence, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, WYNN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Joe Tedder appeals the district court's judgment entered after a jury

found for the defendant on Tedder's 42 U.S.C. § 1983 (2012) complaint in which he alleged excessive force. We have reviewed the record and find no reversible error. Accordingly, we affirm. We deny Tedder's motion for the preparation of a transcript at government expense, and his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*